# Third District Court of Appeal

## State of Florida

Opinion filed May 22, 2024.
Not final until disposition of timely filed motion for rehearing.

---

No. 3D23-664
Lower Tribunal No. F15-23920

---

**Lawyer Stanley, Jr.,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Elroy John Law Group, PLLC, and Elroy M. John, Jr. (Fort Lauderdale), for appellant.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.